UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                          Criminal No. 09-CR-00187/09-JL

<u>Richard Woods</u>

### O R D E R

The defendant's motion for identification of evidence to be used in Government's case-in-chief (document no. 203) is DENIED in part for the reasons stated in the United States Attorney's objection, but granted in part.  Despite the "complex track" designation, this case is not particularly complex, and the discovery provided is not particularly voluminous.  Exercising its discretion and supervisory authority, however, the court orders the United States Attorney provide notice to the defendants no later than five calendar days before opening statements, which audio recorded materials it plans to present in its case-in-chief.  Prior to jury selection, the United States Attorney shall provide greater specificity with respect to calls 30 minutes or longer in length.  The introduction at trial of any audio evidence not so designated will require prior leave from the court.

**SO ORDERED.**

/s/ Joe Laplante
_____
Joseph N. Laplante
United States District Judge

Dated:  August 20, 2010

cc:  All counsel of record