UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                     Criminal No. 09-cr-187-09-JL

<u>Richard Woods</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 239 ) filed by defendant is granted; Final Pretrial is rescheduled to December 17, 2010 at 11:00am; Trial is continued to the two-week period beginning January 4, 2011, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                               /s/ Joe Laplante
                                             _____
                                             Joseph N. Laplante
                                             United States District Judge

Date:  September 1, 2010

cc:   Jen Davis, AUSA
      Richard Hubbard, Esq.
      David Bownes, Esq.
      U.S. Marshal
      U.S. Probation